

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 24 2022

KEVIN P. WEIMER, Clerk
By: R Buck MC Deputy Clerk

U. S. Department of Justice
**FEDERAL BUREAU OF PRISONS**

Federal Correctional Complex
P. O. Box 5666
Yazoo City, Mississippi 39194

June 16, 2022

The Honorable Timothy C. Batten, Sr.
2142 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

RE: Pearson, Dwight
    Reg. No. #71953-019
    Docket No. 1:18-CR-410-AT-2

Dear Judge Batten:

This is to advise the death of Dwight Pearson, Register Number 71953-019, an inmate at the Federal Correctional Complex Yazoo City, Medium, in Yazoo City, Mississippi.

Mr. Pearson was sentenced out of your court on August 24, 2021, to serve an Aggregate Group Sentence of 60-months for Conspiracy to Commit Wire Fraud and 24-months for Aggravated Identity Theft. He had a Projected Release Date of October 8, 2024.

Mr. Pearson passed away at Merit Health River Region Hospital of Vicksburg, Mississippi on June 16, 2022 at 4:45 a.m. from a terminal illness.

If additional information or assistance is needed, please do not hesitate to contact the institution at (662) 716-1020.

Sincerely,

P. Boulet

P. Boulet
Warden

cc: Ryan K. Buchannan, U. S. Attorney
    Scott Hudson, Chief Probation Officer, ND of Georgia
    William W. Lothrop, Southeast Regional Director

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Complex
United States Penitentiary - Yazoo City
P.O. Box 5666
Yazoo City, MS 39194

Official Business

Clerk of Courts

JACKSON MS 390
21 JUN 2022 PM 3 L

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$ 000.53
02 1P
0000007707   JUN 21 2022
MAILED FROM ZIP CODE 39194

Ryan K. Buchanan, U.S. Attorney
Richard B Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

CLEARED DATE
JUN 24 2022
U.S. Marshals Service
Atlanta, GA 30303

30303-330950